**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE | : CHAPTER 7 |
| | : |
| JAMUNA REAL ESTATE, LLC | : BANKRUPTCY NO. 04-37130 |
| UNITED MANAGEMENT SERVICES, INC. | : BANKRUPTCY NO. 04-37132 |
| BAGGA ENTERPRISES, INC. | : BANKRUPTCY NO. 04-37136 |
| DEBTOR(S) | : |
| | |
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF UNITED | : |
| MANAGEMENT SERVICES, INC.; | : |
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF JAMUNA REAL | : |
| ESTATE LLC; GARY SEITZ, IN HIS | : |
| CAPACITY AS CHAPTER 7 TRUSTEE OF | : |
| BAGGA ENTERPRISES, INC., | : |
| WILMINGTON | : |
| TRUST COMPANY IN ITS CAPACITY AS | : |
| OWNER TRUSTEE OF FL RECEIVABLES | : |
| TRUST 2002-A AND FL | : |
| RECEIVABLES TRUST 2002-A | : |
| PLAINTIFFS | : |
| V. | : |
| | : |
| PRATPAL BAGGA; KHUSHVINDER BAGGA; | : |
| RAVINDER CHAWLA; HARDEEP CHAWLA; | : |
| ET AL. | : |
| DEFENDANTS | : ADV NO. 06-128, 06-129 AND 06-130 |

# ORDER

**AND NOW,** upon consideration of the Motion of Defendants Pratpal and Khushvinder Baggas to Dismiss Counts I and II of the Second Amended Complaint, the Opposition of the Plaintiffs, the parties' briefs, after hearing held, and for the reasons set forth in the foregoing Opinion, it is hereby

      **ORDERED** that the Motion is granted in part and denied in part. Counts I and II are dismissed as to Khushvinder Bagga. The Defendants' Motion is denied as to Pratpal Bagga.

By the Court:

*[signature]*

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: <u>July 13, 2010</u>

<u>Counsel for Plaintiffs</u>
Richard P. Limburg, Esquire
OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd
Philadelphia, PA 19103

Jonathan Forstot, Esquire
Patrick E. Fitzmaurice, Esquire
SONNENSCHEIN NATH & ROSENTHAL, LLP
1221 Avenue of the Americas
New York, NY 10020-1089

<u>Counsel for Defendants</u>
Eugene J. Malady, Esquire
200 East State Street, Suite 309
Media, PA 19063

Joseph M. Fioravanti, Esquire
217 North Monroe Street
Media, PA 19063

Thomas D. Schneider, Esquire
55 Green Valley Road
Wallingford, PA 19086

<u>Office of the United States Trustee</u>
George Conway, Esquire
833 Chestnut Street
Suite 500
Philadelphia PA 19106