# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 7 |
| | : |
| JAMUNA REAL ESTATE, LLC | : BANKRUPTCY NO. 04-37130 |
| UNITED MANAGEMENT SERVICES, INC. | : BANKRUPTCY NO. 04-37132 |
| BAGGA ENTERPRISES, INC. | : BANKRUPTCY NO. 04-37136 |
| DEBTOR(S) | : |
| | |
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF UNITED | : |
| MANAGEMENT SERVICES, INC.; | : |
| MARVIN KRASNY, IN HIS CAPACITY AS | : |
| CHAPTER 7 TRUSTEE OF JAMUNA REAL | : |
| ESTATE LLC; GARY SEITZ, IN HIS | : |
| CAPACITY AS CHAPTER 7 TRUSTEE OF | : |
| BAGGA ENTERPRISES, INC., WILMINGTON | : |
| TRUST COMPANY IN ITS CAPACITY AS | : |
| OWNER TRUSTEE OF FL RECEIVABLES | : |
| TRUST 2002-A AND FL | : |
| RECEIVABLES TRUST 2002-A | : |
| PLAINTIFFS | : |
| V. | : |
| | : ADV NO. 06-128 |
| PRATPAL BAGGA; KHUSHVINDER BAGGA; | : ADV NO. 06-129 |
| ET AL | : ADV NO. 06-130 |
| DEFENDANTS | : |

# ORDER

**AND NOW**, upon consideration of the Defendants' Motion for Partial Summary Judgment, the Plaintiffs' Response thereto, the parties' briefs, after a hearing held October 27, 2011, and for the reasons set forth in the preceding Opinion, it is hereby:

**ORDERED,** that the Defendants' Motion is granted in part and denied in part as follows:

The Motion is denied as to Counts I, II, and IV.

The Motion is granted as to Counts V, VI, VII and VIII.  Summary judgment is granted in favor of Defendants and against the Plaintiffs as to Counts V through VIII.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated:  November 23, 2011

Interested Parties:

George Conway, Esquire
Office Of The U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia PA  19106

Counsel for Plaintiffs
Jonathan D. Forstot, Esquire
SNR DENTON
1221 Avenue of the Americas
New York, NY 10020

Nicholas M. Centrella, Esquire
CONRAD O'BRIEN PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102
ncentrella@conradobrien.com

Counsel for Hardeep Chawla, Ravinder Chawla, World Apparel a/k/a World Acquisition Partners Corporation and Sant Properties

Eugene J. Malady, Esquire
Joseph M. Fioravanti, Esquire
200 East State Street, Suite 309
Media, PA 19063

Counsel for the Baggas, United Management, Welcome Group, Jamuna Real Estate, Bagga Enterprises, 21st Century, K&P Real Estate, AMCI and Brand Trade

Thomas D. Schneider, Esquire
55 Green Valley Road
Wallingford, PA 19086